**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEYSHA HARTMAN,<br>    Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 26-CV-0915** |
| | : | |
| CITY OF PHILADELPHIA, *et al.*,<br>    Defendants. | : | |

**ORDER**

AND NOW, this  17th   day of April, 2026, upon consideration of Plaintiff Keysha

Hartman's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No.

2) it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**MARY KAY COSTELLO, J.**